No. 43943.—Protests 4672–K, etc., of Henri Bendel, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.